UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUJIFILM NORTH AMERICA CORPORATION,<br><br>     Plaintiff,<br><br>  -against-<br><br>MARKETING.COM, LLC and JAL EQUITY CORP.,<br><br>     Defendants. | 26-CV-3585 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **July 2, 2026**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: June 18, 2026
   White Plains, New York

         SO ORDERED.

         JESSICA G. L. CLARKE
         United States District Judge