UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FUJIFILM NORTH AMERICA CORPORATION,
Plaintiff,

-against-

MARKETING.COM, LLC and JAL EQUITY CORP.,
Defendants.

26-CV-3585 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On June 25, 2026, Plaintiffs filed a motion for a default judgment against Defendants under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* ECF No. 22.

On June 26, 2026, the Court issued an Order to Show Cause ordering Defendants to respond in writing no later than July 10, 2026, as to why an order should not be issued granting a default judgment against them. ECF No. 28. The Court warned that if Defendants failed to respond by that date, judgment may be entered against them. *Id*. Defendants failed to file anything by that deadline.

Further, it is hereby ORDERED that all parties appear for a conference with the Court on **November 18, 2026, at 12:00 p.m**. The conference will be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 1162689953#. The parties should be prepared to discuss the judgment to be entered following the default judgment.

The Clerk of Court is directed to terminate ECF No. 22.

SO ORDERED.

Dated: October 1, 2026
White Plains, New York

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge