UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUJIFILM NORTH AMERICA CORPORATION,<br><br>Plaintiff,<br><br>-against-<br><br>MARKETING.COM, LLC and JAL EQUITY CORP.,<br><br>Defendants. | Case No. 7:26-cv-03585-JGLC-VR |

**DEFAULT JUDGMENT**

This action having been commenced by Plaintiff FUJIFILM North America Corporation ("Fujifilm") against Defendants Marketing.com, LLC ("Marketing.com") and JAL Equity Corp. ("JAL Equity") (collectively, "Defendants"); and Defendants having failed to appear, plead, or otherwise defend in this action within the time prescribed by the Federal Rules of Civil Procedure; and the Clerk of Court having entered default against Defendants pursuant to Federal Rule of Civil Procedure 55(a) on June 16, 2026; and the Court having considered Fujifilm's motion for default judgment, the Complaint, and the record in this action; and for the reasons stated on the record during the November 18, 2025 conference;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

Plaintiff has judgment against Defendants Marketing.com and JAL Equity, jointly and severally, in the liquidated amount of $381,759.74, with pre-judgment interest at the per diem rate of $94.13 from March 23, 2026 through the date of entry of this Judgment, and post-judgment interest pursuant to 28 U.S.C. § 1961(a), accruing from the date of entry of this Judgment until the judgment is paid in full, at a rate equal to the weekly average 1-year constant maturity Treasury yield for the calendar week preceding the date of entry of this Judgment.

The Clerk of Court is respectfully directed to terminate this case.

Dated: November 19, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge